MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN CUSHMAN (NYBN 2256147)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6940
   Facsimile: (415) 436-7234
   E-mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-560 JW |
| Plaintiff, | STIPULATION REGARDING SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| JOSE EFRAIN GONZALEZ | |
| Defendant. | |

    On July 30, 2012, defendant Jose Efrain GONZALEZ appeared before the Court for arraignment on the First Superseding Indictment and for detention hearing. Partial discovery was provided to the defendant, and the Government anticipates providing the remaining discovery by Friday, August 3, 2012. The Court set an initial appearance date of September 24, 2012, before the Honorable James Ware for a status conference. Defense counsel will need this time to review discovery and determine how to effectively defend the case.

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from July 30, 2012, through September 24, 2012, for effective preparation of defense counsel, under 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to the exclusions of time under the Speedy Trial Act from July 30, 2012, through September 24, 2012, based upon the need for effective preparation of defense counsel.

2. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 30, 2012, through September 24, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that (1) the defendant shall appear before the Honorable James Ware on September 24, 2012 at 1:30 p.m. for an initial appearance; (2) the period from July 30, 2012, through September 24, 2012, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §3161 (h)(7)(A), (h)(7)(B)(iv).

STIPULATED:

DATED: July 31, 2012            /s/
                                SUSAN CUSHMAN
                                Assistant United States Attorney

DATED: July 31, 2012            /s/
                                KRYSTAL DENLEY BOWEN
                                Attorney for Defendant Jose Efrain Gonzalez

IT IS SO ORDERED:

DATED: August 1, 2012           _____
                                MARIA ELENA JAMES
                                United States Magistrate Judge

2